UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>APOCALYPSE BELLA, a/k/a "Dias Yumba,"<br>MACKENZY TOUSSAINT, a/k/a "Mack," and<br>AMOS MUNDENDI, a/k/a "Mos," a/k/a "El Ashile Mundi,"<br><br>                     Defendants. | Unsealing Order<br><br>21 Cr. 247 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Dina McLeod;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed and to have a United States District Judge assigned to this case, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court, and that a United States District Judge be assigned to the case.

Dated:   New York, New York
         April 22, 2021

                                                   _____
                                                   JAMES L. COTT
                                                   United States Magistrate Judge

```
          UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK


            UNITED STATES OF AMERICA

                       v.

           APOCALYPSE BELLA, a/k/a
                "Dias Yumba,"
             MACKENZY TOUSSAINT,
                a/k/a "Mack,"
                     and
         AMOS MUNDENDI, a/k/a "Mos,"
            a/k/a "El Ashile Mundi,"

                  Defendants.
```

## ORDER

21 Cr. 247

(18 U.S.C. §§ 371, 1031, 1343, 1349 and 2.)

<u>AUDREY STRAUSS</u>
United States Attorney.