202000097628

**ORIGINAL
(In Red)**

M2046253 L
MUNDENDI AMOS
FAIL ID

1204625390

**DALLAS**

2021 MAR -9 AM 11:23

G.0.3.00.08-004
07/18/06

**WARRANT OF ARREST AND DETENTION
DALLAS COUNTY, TEXAS
MISDEMEANOR
BOND AMOUNT $ 750**

CO. CRIMINAL COURT NO. 10
DALLAS COUNTY, TEXAS
BY _____ DEPUTY

COURT NO. _____                    WARRANT NO. L_____

The State of Texas vs. **MUNDENDI, AMOS**

BONDED 12/28/2020 @ 2115  ~~ORIGINAL TO JAIL~~  Dallas Co 12-28-20 @ 1115 APWD
PLUS Arrest Status ~~IN CUSTODY~~  ~~FOR TRANSFER TO~~

Race <u>B</u>   Sex <u>M</u>   DOB _____   Ht. <u>6'01"</u>   Wt <u>184</u>   Hair. <u>BLACK</u>   Eye <u>BROWN</u>
Residence: _____, LANCASTER, TX
Business Address: <u>N/A</u>, ,
Name of Business: <u>N/A</u>
D.L. # ]                          State <u>OH</u>

Complainant: <u>OFFICER T. HAWKINS #1397 FOR THE STATE OF TEXAS</u>

Date of Offense: <u>12/28/2020</u>                    Date Complaint Filed : _____

Warrant of Arrest Issued : <u>City of Richardson Police Department</u>
IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED to take instanter the body of:

**MUNDENDI, AMOS**

Hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely:

**FAIL TO IDENTIFY T.P.C. 38.02 M/B**

Of which Misdemeanor offense he is accused by written complaint, made, under oath, that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS MY SIGNATURE THIS ___28___ DAY OF __Dec__ 2020

_____
**Magistrate
Municipal Court
City of Richardson, Texas**

*M2046253*

G.O.3.00.08-003
07/18/06

202000097628

## AFFIDAVIT OF PROBABLE CAUSE

**DALLAS**
CH1140

ORIGINAL
(In Red)

Cause :
Offense :
Arrest :

**THE STATE OF TEXAS**
**COUNTY OF DALLAS**

**BEFORE ME**, the undersigned authority, on this day personally appeared the undersigned affiant, who after being duly sworn by me, on oath stated: My name is <u>C. HALE #1140</u> and I am a peace officer for the City of Richardson, Dallas County , Texas.

I, the affiant, have good reason to believe and do believe that on or about the **28th** day of **DECEMBER**, 2020, one **MUNDENDI, AMOS** did then and there in the City of Richardson, Dallas County, Texas, commit the criminal offense of:
<u>**FAIL TO IDENTIFY**</u> , a violation of Section **38.02**, **Texas Penal Code**, a **M/B**.
Affiant's belief is based upon facts and information in the narrative which is attached and incorporated herein, which Affiant received from :
<u>**T. HAWKINS #1397**</u> , a fellow peace Officer of the City of Richardson , DALLAS County, Texas, who personally participated in the investigation of this alleged offense, providing this information to Affiant, and whose information Affiant believes to be credible.

_____
**AFFIANT**

WHEREFORE, Affiant requests that an arrest warrant be issued for the above accused individual(s) in accordance with the law.
**Subscribed and sworn to before me on the _____28_____ day of _____Dec_____ ,2020.**

_____
**Magistrate**
**Municipal Court**
**City of Richardson, Texas**

### Magistrate's Determination of Probable Cause

On this the __28__ day of __Dec__ , 2020.

I hereby acknowledge that I have determined that probable cause exists for the issuance of an arrest warrant for the individual accused therein.

_____
**Magistrate**
**Municipal Court**
**City of Richardson, Texas**

Narrative................

On 12/28/2020 at 3:00 am, Officer T. Hawkins #1397 was driving eastbound in the 700 block W. Arapaho Rd. when she observed a grey 2016 Mercedez-Benz C300 with no license plate on the front of its vehicle driving westbound. The driver of the Mercedez-Benz passed by Officer Hawkins very quickly. Officer Hawkins made a u-turn, followed the Mercedez-Benz, and paced it at 52 mph in a marked 40 mph zone. Officer Hawkins initiated a traffic stop and the driver pulled into the parking lot of 810 W. Arapaho Rd., Richardson, Dallas County, Texas. The driver squeezed between cars that were parked close together and drove around to the west lot of the location. Officer Hawkins was unable to pass through the cars because they were parked too close together which forced Officer Hawkins to back up and drive around the building to where the driver stopped.

Officer Hawkins contacted the driver who immediately began recording her and told her that he didn't have to follow the speed limit because the government was a corporation and cannot tell people what to do. The driver offered Officer Hawkins three different ID's which were national licenses. One ID listed the driver's name as El Ashib Mundi (b/m, 07/13/1988) and he advised the date of birth was incorrect. He pointed at another ID which listed his name as El Ashile Mundi (b/m,         ) and advised this ID was correct. Officer Hawkins attempted to verify Mundi's address and he said it didn't matter and only acknowledged he currently lived in Lancaster, TX. Mundi would not answer questions regarding traffic law and had a document explaining that he didn't need a TXDL, TX license plate, or insurance for his vehicle because he did not belong to the government. Mundi displayed mood swings where one second he would talk pleasantly to Officer Hawkins and asked about her holiday and the next second he was yelling at Officer Hawkins and kept cutting her off when she would try to talk to him.

Officer Hawkins contacted R&I and PST C. Williamson #1439 was able to find the name El Ashile Mundi listed as an A.K.A. for an Amos Mundendi (b/m, 03/04/1989) with a TXDL         . Officer Hawkins did a computer search on the TXDL and confirmed Amos Mundendi was the driver by the photo on the DL. One of the security guards at Abi (810 W. Arapaho) approached officers and advised he knew Mundi by the name Amos Mundendi, not El Ashile Mundi.

Officer Hawkins asked Mundendi to exit the vehicle and he said he didn't have to and requested a supervisor. Sergeant R. Balencia #1220 arrived on scene and told Mundendi he had to exit the vehicle to which he complied. Mundendi was arrested and transported to the Richardson City Jail where he was charged with Fail to Identify Giving False/Fictitious Info, T.P.C. 38.02, M/B.

**ORIGINAL**
**(In Red)**