Duration: _____
Proceeding via: ☐ CourtCall ☒ AT&T

| | |
|---|---|
| DOCKET No. <u>21 Cr 247</u> | DEFENDANT <u>Amos Mundendi</u> |
| AUSA <u>Dina McLeod</u> | DEF.'S COUNSEL <u>Tamara Giwa</u> |
| | ☐ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY |
| ☐ _____ INTERPRETER NEEDED | ☐ DEFENDANT WAIVES PRETRIAL REPORT |

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST <u>4/22/2021</u>    ☐ VOL. SURR.
                                                          TIME OF ARREST <u>afternoon</u>       ☐ ON WRIT
☐ Other: _____    TIME OF PRESENTMENT <u>5/12/2021</u>

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $<u>200,000</u>   PRB   ☒ <u>4</u>   FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/<u>Northern District of Texas and points in between for travel</u>
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☒ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☒ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Defendant to be supervised in district of residence. Defendant is directed to reside with his parents. Defendant is to report to the Northern District of Texas. One parent must serve as a third-party custodian. Defendant to refrain from excessive use of alcohol. Defendant is not open any bank account and no new lines of credit without prior approval from Pretrial Services. No contact with co-defendants unless in the presence of counsel. No access to the personal identification of others. Surrender all identification cards. Defendant is ordered to appear in USDC NDTx within 72 hours of his release from custody to be outfitted with a GPS device. The GPS device is intended to enforce the travel restrictions and prevent entry to airports. Defendant advised by the Court of the right to be present, and consented to proceed by remote means.

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY         ☒ CONFERENCE BEFORE D.J. ON <u>6/15/2021</u>
☐ DEF. WAIVES INDICTMENT
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL <u>6/15/2021</u>

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED              ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____     ☐ ON DEFENDANT'S CONSENT

DATE: <u>5/12/2021</u>                          _____
                                                UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.