UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>AMOS MUNDENDI,<br><br>                    Defendant. | 21-CR-247-03 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a request from the Government to schedule a prompt appeal of the bail determination as to defendant Amos Mundendi (Dkt. No. 16).  The Court is attempting to arrange an in-person bail hearing next week.  If one cannot be arranged, the Court, provided the defendant consents, will arrange for a prompt hearing by remote means.  The Court's deputy will be in contact with counsel as to the timing and means of the hearing and will thereafter post a scheduling order on the docket of this case.  The Court understands that the defendant has not yet satisfied the conditions for release set by Judge Netburn.  For avoidance of doubt, the Court **ORDERS** that, pending this Court's ruling on the Government's bail appeal, the defendant is to remain detained.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: May 13, 2021
       New York, New York