UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

21-CR-247-03 (PAE)

Amos Mundendi

Defendant(s).
-------------------------------------------------------------------X

Defendant __Amos Mundendi__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_/s/ Tamara Giwa for Amos Mundendi_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_/s/_
Defendant's Counsel's Signature

__Amos Mundendi__
Print Defendant's Name

__Tamara Giwa__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_5/18/2021_
Date

_Paul A. Engelmayer_
U.S. District Judge/