UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>AMOS MUNDENDI,<br><br>                           Defendant. | 21-CR-247-03 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court **AFFIRMS** the bail package put in place by Judge Netburn on Thursday, May 13, 2021.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: May 18, 2021
       New York, New York