UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>AMOS MUNDENDI,<br><br>Defendant. | 21-CR-247-03 (PAE)<br><br>TRANSPORTATION ORDER |

PAUL A. ENGELMAYER, District Judge:

Upon the application of **Amos Mundendi**, by his attorney, **Tamara Giwa, Esq.,** Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby:

**ORDERED** that the United States Marshals Service furnish Amos Mundendi with funds to cover the cost of travel between Dallas, Texas and New York, New York for his court appearance on April 4th, 2022. It is ordered that Mr. Mundendi's flight from Dallas, Texas depart no earlier than 8:00 PM on April 3rd, 2022, and arrive no later than 8AM on April 4th, 2022. It is ordered that Mr. Mundendi's return flight from New York, New York depart after 4:00 PM on April 4th, 2022 and no later than 6:00 PM on April 4th, 2022.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

The Clerk of Court is requested to terminate the motion at Dkt. No. 124.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 25, 2022
       New York, New York