UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

AMOS MUNDENDI,

Defendant.

21-CR-247-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the condition of home incarceration with location monitoring pending an appearance before this Court.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 4, 2022
       New York, New York