UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :

UNITED STATES OF AMERICA,                   :

           -v-                                                  :                    21-CR-247-03 (PAE)

AMOS MUNDENDI,                              :                               <u>ORDER</u>

                                 Defendant.                :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.

      SO ORDERED.

Dated: October 14, 2022
       New York, New York

                                                      PAUL A. ENGELMAYER
                                                      United States District Judge