# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

November 14, 2022

**VIA ECF and Email**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Amos Mundendi**
      **21 Cr. 247 (PAE)**

Dear Judge Engelmayer,

     I write with the consent of the government to respectfully request a rescheduling of Mr. Mundendi's sentencing hearing, currently scheduled for February 22, 2023. The New York schools will be closed that week (February 20 – 24) for the Midwinter Recess, and I will be out of town with my family. I have conferred with the government and the parties are available to proceed the week of February 13, 2023.

     Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Amos Mundendi
Federal Defenders of New York
(917) 890-9729

**GRANTED**. Sentencing is adjourned to February 16, 2023 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 197.

11/15/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge